**WINSTON KEVIN McKESSON, ESQ.**
**(State Bar Number 106068)**
315 South Beverly Drive, Suite 305
Beverly Hills, California 90212
Telephone:   [310] 277.9595
Facsimile:   [310] 277.0177
Mssabrina8@aol.com

Attorneys for Defendant,
**JEFFREY DESHON APPLEWHITE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.: **CR 13-00210-JSW** |
| ) | |
| Plaintiff,    ) | **STIPULATION TO CONTINUE THE STATUS CONFERENCE AND [PROPOSED] ORDER** |
| ) | |
| ) | AS MODIFIED |
| vs.    ) | |
| ) | |
| ) | |
| ) | |
| JEFFREY DESHON APPLEWHITE,    ) | |
| ) | |
| Defendant    ) | |
| ) | |
| ) | |

## I. STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their respective attorneys of record, that the status conference set for August 15, 2013 may be continued by stipulation by the parties to September 10, 2013.

Mr. McKesson is unavailable as his mother-n-law has passed away and the funeral services will be held August 15 and 16th.

**THIS STIPULATION IS AGREED TO BY:**

DATED: August 13, 2013        /s/ _____
                              WINSTON K. McKESSON, ESQ.
                              Attorney for Defendant
                              **JEFFREY APPLEWHITE**

DATED: August 13, 2013        /s/ _____
                              SONIA M. OWENS on behalf of
                              CHARLES A. O'REILLY
                              Trial Attorney

Based upon the foregoing stipulation of counsel and For cause shown, **IT IS HEREBY ORDERED** that the defendant **JEFFREY DESHON APPLEWHITE's** status conference date is extended from August 15, 2013 to ~~September 10, 2013.~~ August 22, 2013 at 2:00 p.m. The Court is unavailable on September 10, 2013.

The Court excludes time under the Speedy Trial Act from August 15, 2013 to ~~September 10~~ August 22, 2013, and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(7)(A). The Court makes this finding and bases this continuance on the following:

The case is so complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. See 18 U.S.C. §3161(h)(7)(B)(ii).

Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(7)(B)(iv).

Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §3161(h)(7)(B)(iv).

**II.  IT IS SO ORDERED.** AS MODIFIED.

DATED: August 14, 2013

_____
**Honorable Jeffrey S. White**
US District Judge